## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**VANESSA BURNETT-BABER**                                            **PLAINTIFF**

**v.**                              **CASE NO. 4:20-CV-001013-BSM**

**DOLGENCORP, LLC**                                                    **DEFENDANT**

### **JUDGMENT**

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 6th day of July, 2022.


_____
UNITED STATES DISTRICT JUDGE